O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAROL FAYE TEITELBAUM, | ) | CASE NO. 10-07167 RZ |
| Plaintiff, | ) | |
| | ) | JUDGMENT OF REMAND |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

        In accordance with the Memorandum Opinion and Order filed concurrently herewith,

        IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the  matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.


        DATED:  November 3, 2011


                                    _____
                                    RALPH ZAREFSKY
                                    UNITED STATES MAGISTRATE JUDGE