JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CAROL TEITELBAUM )  [PROPOSED] ORDER AWARDING
) ATTORNEYS FEES PURSUANT TO
vs. ) EAJA, 28 U.S.C. § 2412(d), AND COSTS,
) PURSUANT TO 28 U.S.C. § 1920
MICHAEL J. ASTRUE, ) _____
COMMISSIONER OF )
SOCIAL SECURITY )
) CASE NO. CV 10-7167 (RZ)
     Defendant )
_____ )

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED

That EAJA fees are awarded to Plaintiff in the amount of $4,000.00 and court costs of $350.00. ~~, subject to the terms of the stipulation.~~

Dated: January 12, 2012

_____
RALPH ZAREFSKY
U.S. Magistrate Judge

---

Teitelbaum vs. Astrue       1       Order Awarding EAJA Fees